IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | | |
|---|---|---|
| C. MICHAEL KAMPS,<br>    Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION W-12-CA-283 |
| BAYLOR UNIVERSITY, et al.,<br>    Defendants | § § § | |

ORDER

On this date the Court considers the Plaintiff's Motion for Recusal of the Honorable Walter S. Smith, Jr. and Motion for the Recusal of the Honorable Jeffrey C. Manske, or, in the Alternative, Motion to Compel Disclosure. The Court, having considered said motion, finds that it should be granted. Accordingly, it is

ORDERED that the Plaintiff's Motion for Recusal of the Honorable Walter S. Smith, Jr. and Motion for the Recusal of the Honorable Jeffrey C. Manske, or, in the Alternative, Motion to Compel Disclosure is GRANTED. It is further

ORDERED that the Clerk of the Court shall randomly draw the name of another western district judge to preside over this case.

IT IS SO ORDERED

SIGNED on this 2 day of October ~~September~~, 2013.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE