IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| C. MICHAEL KAMPS, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION W-12-CA-283 |
| | § | |
| BAYLOR UNIVERSITY, et al., | § | |
|     Defendants | § | |

### A M E N D E D   O R D E R

On this date the Court considers the Plaintiff's Motion for Recusal of the Honorable Walter S. Smith, Jr. and Motion for the Recusal of the Honorable Jeffrey C. Manske, or, in the Alternative, Motion to Compel Disclosure.  The Court, having considered said motion, finds that it should be granted.  Accordingly, it is

**ORDERED** that the Plaintiff's Motion for Recusal of the Honorable Walter S. Smith, Jr. and Motion for the Recusal of the Honorable Jeffrey C. Manske, or, in the Alternative, Motion to Compel Disclosure is **GRANTED**.  It is further

**ORDERED** that the Clerk of the Court shall randomly draw the name of another western district judge to preside over this case, and transfer the case to the docket of that judge for all further proceedings.

**IT IS SO ORDERED.**

**SIGNED** on this 4th day of October, 2013.

_____
**WALTER S. SMITH, JR.**
**UNITED STATES DISTRICT JUDGE**